**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6117**

_____

RUBIN THOMPSON, JR.,

                                    Plaintiff - Appellant,

           versus


RICHLAND COUNTY DETENTION CENTER; RICHLAND
COUNTY DETENTION CENTER ADMINISTRATION; RICH-
LAND COUNTY MEDICAL DIVISION,

                                    Defendants - Appellees.


_____

Appeal from the United States District Court for the District of
South Carolina, at Greenwood.  David C. Norton, District Judge.
(CA-00-276-9)

_____

Submitted:  April 12, 2001        Decided:  April 18, 2001

_____

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rubin Thompson, Jr., Appellant Pro Se.  William Henry Davidson, II,
Matthew Blaine Rosbrugh, DAVIDSON, MORRISON & LINDEMANN, P.A.,
Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rubin Thompson, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Thompson v. Richland County Det. Ctr.</u>, No. CA-00-276-9 (D.S.C. Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>